IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JACOB ANTHONY COWINS,

   Petitioner,

    v.

WARDEN STONE,

   Respondent.

CIVIL ACTION FILE
NO. 1:09-CV-890-TWT

## ORDER

This is a pro se Petition for Writ of Habeas Corpus. It is before the Court on the Report and Recommendation [Doc. 9] of the Magistrate Judge recommending that the Petition be dismissed without prejudice for failure to exhaust state remedies. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Petition is DISMISSED without prejudice.

SO ORDERED, this 24 day of September, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\09\Cowins\r&r.wpd